RUARK *v.* COLORADO.

No. 1173, Misc.   Decided June 22, 1964.

Petitioner *pro se.*

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Colorado for consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE HARLAN, dissenting.

For the reasons stated in my dissenting opinion in *Smith* v. *Crouse, ante,* p. 584, I would set this case for argument.